UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-14168-CIV-CANNON

**NICHOLAS FORD,**

    Plaintiff,

v.

**SEBRING HEALTH SERVICES, INC.,**

    Defendant.
_____/

**ORDER REQUIRING UPDATED JOINT SCHEDULING AND DISCOVERY REPORT**

To facilitate proper planning, the parties are directed, on or before **December 2, 2024,** to jointly file and sign an Updated Joint Scheduling Report. The Updated Joint Scheduling Report must contain all of the information specified in Local Rule 16.1 and come accompanied by a Joint Proposed Scheduling Order that is both attached as an exhibit on CM/ECF and sent in Word format via email to cannon@flsd.uscourts.gov. The Updated Joint Scheduling Report shall also contain a detailed summary of any discovery conducted in this proceeding to date, with specific references to completed and outstanding written and deposition discovery.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 19th day of November 2024.

                                              **AILEEN M. CANNON**
                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record